## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA WRIGLEY** | CIVIL ACTION NO: _____ |
| **VERSUS** | SECTION: _____ |
| **OUTBACK STEAKHOUSE OF FLORIDA, L.L.C.** | MAGISTRATE JUDGE: _____ |

### NOTICE OF REMOVAL

Defendant, Outback Steakhouse of Florida, L.L.C., gives this notice and removes this civil action, No. 2020-1133 in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, defendant represents as follows:

*The Parties*

1.

The Plaintiff in this action is Dana Wrigley who is domiciled in the State of Louisiana. The defendant in this action is Outback Steakhouse of Florida, L.L.C. Outback Steakhouse of Florida, LLC is a Florida limited liability company. Its sole member is OSI Restaurant Partners, LLC, a Delaware limited liability company with its principal place of business in Florida. OSI's sole member is OSI HoldCo, Inc., a Delaware corporation with its principal place of business in Florida. OSI HoldCo, Inc. is a wholly owned subsidiary of OSI HoldCo I, Inc., a Delaware Corporation with a principal place of business in Florida. OSI HoldCo I, Inc. is a wholly owned subsidiary of OSI HoldCo II, Inc., a Delaware Corporation with a principal place of business in Florida. OSI HoldCo II, Inc. is a wholly owned subsidiary of Bloomin' Brands, Inc., a Delaware Corporation with a principal place of business in Florida.

*State Court Process*

2.

On March 11, 2020, Plaintiff sued Bloomin' Brands, Inc. and MDC Coast 4, LLC for personal injury. The petition was filed in the 14th Judicial District Court for the Parish of Calcasieu, Division D. Plaintiff subsequently filed the First Supplemental and Amending Petition for Damages on April 27, 2020. This First Supplemental and Amending Petition for Damages removed Bloomin' Brands, Inc. and MDC Coast 4, LLC as defendants and added Outback Steakhouse of Florida, LLC. The entire State Court suit record is attached here to as Exhibit A.

*Basis for Removal*

3.

Removal to the United States District Court for the Western District of Louisiana is proper because the suit arises out of a dispute with an amount in controversy that exceeds $75,000.00, and the plaintiff and defendant have diverse citizenship. 28 U.S.C. § 1441(b). That the amount in controversy exceeds $75,000.00 is based upon a pre-suit demand made by plaintiff's attorney describing plaintiff's injury and treatment, asserting her medical bills were $20,604.00 and stating her claim had a value of $250,000.00.

*Jurisdiction and Removal Procedure*

4.

This Court has original jurisdiction over this action under 28 U.S.C. §1332, and removal of this action to this Court is proper under 28 U.S.C. §1441.

5.

The jurisdictional facts alleged in this *Notice of Removal* existed at the time the State Court Action was filed and exist at the time of the filing of this notice.

6.

Defendant files this *Notice of Removal* within the 30-day time period required by 28 U. S.C. §1446(b).

7.

All pleadings, process, orders and other filings in the State Court Action are attached to this notice as required by 28 U.S.C. §1446(a).

8.

Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the State Court Action has been pending.

9.

The Western District of Louisiana is the federal judicial district embracing the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, the parish in which the State Court Action has been filed and is pending. Therefore, this action is properly removed to this District Court under 28 U.S.C. §98(a) and 28 U.S.C. §1441.

### *Reservation of Defenses*

10.

Defendant expressly reserves all rights, defenses, and objections that it could have raised in the State Court Action, including those that may be asserted by exception or motion, and specifically including, but not limited to, the sufficiency of citation, venue and personal jurisdiction.

**WHEREFORE,** Defendant, Outback Steakhouse of Florida, L.L.C., prays that the proceeding filed in the 14th Judicial District Court for the Parish of Calcasieu, Division D, Suit No. 2020-1133, be removed to the United States District Court for the Western District of Louisiana.

Respectfully submitted:

**NODIER LAW, LLC**

BY: *s/Matthew C. Nodier*
**MATTHEW C. NODIER, LSBA# 25807**
8221 Goodwood Blvd., Ste. A
Baton Rouge, Louisiana 70806
mcnodier@nodierlaw.com
Telephone: (225) 448-2267
Facsimile: (225) 636-2099

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent to the following by operation of the court's electronic filing system.

Dana Wrigley
*through her attorney of record*
Justin S. Brashear
Hoffoss Devall, LLC
517 W. College Street
Lake Charles, LA 70605

*s/Matthew C. Nodier*
Matthew C. Nodier