SERVICE

| | | |
|---|---|---|
| DANA WRIGLEY | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2020-1133 D | : | PARISH OF CALCASIEU |
| BLOOMIN' BRANDS, INC. and MDC COAST 4, LLC | : | STATE OF LOUISIANA |
| FILED: MAR 1 1 2020 | : | Kristen Lewis |
| | | DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

The petition of **DANA WRIGLEY**, a person of full age of majority who resides in Calcasieu Parish, State of Louisiana, with respect represents:

1.

**BLOOMIN' BRANDS, INC.**, a Delaware corporation, which may be served through its registered agent for service of process, *Joseph J. Kadow, 2202 N. West Shore Boulevard, 5th Floor, Tampa, Florida 33607*; and

**MDC COAST 4, LLC**, a Delaware limited liability company, who is registered and authorized to conduct business in Louisiana, who maintains its registered office in Louisiana at 501 Louisiana Avenue, Baton Rouge, Louisiana 70802, and who may be served through their registered agent for service of process, *Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802*

are made defendant herein, and is justly and truly indebted unto your Petitioner for such damages, monies owed, penalties and attorney's fees, as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings, for the following reason, to-wit:

2.

All defendants in this suit, which are named now, in the past, or to be named in the future, are justly and truly indebted, individually and *in solido*, unto the Petitioners for such sums and damages owed by any and all of their acts/omissions, both individual and collective, as discussed herein and/or discovered throughout the pendency of the litigation at hand.

3.

On or about April 7, 2019, petitioner, **DANA WRIGLEY**, was entering the Outback Steakhouse, located at 2616 Derek Drive, Lake Charles, Calcasieu Parish, Louisiana 70607.



CALCASIEU CLERK-COST
MAR 11 2020 PM03:11:33

Petitioner was in between the two sets of doors located at the entrance to the premises, when she slipped and fell due to the presence of a slippery substance near the front entrance, which was damp and/or wet due to weather and mechanical conditions causing petitioner to fall, all of which caused petitioner to sustain serious injuries requiring extensive medical care and treatment.

4.

Upon information and belief, the property located at 2616 Derek Drive, Lake Charles, Calcasieu Parish, Louisiana 70607 is owned by Defendant, **MDC COAST 4, LLC**, who is a franchisee of Defendant, **BLOOMIN' BRANDS, INC.**

5.

The above described accident was caused by the fault and/or negligence of defendants **MDC COAST 4, LLC**, and **BLOOMIN' BRANDS, INC.**, and/or their employees, agents or assigns, which acts of fault and/or negligence include, but are not limited to the following, to wit:

a. Failing to properly maintain the area to prevent it from becoming unreasonably slick and dangerous when damp and/or wet;

b. Failing to properly maintain the area to prevent the frequency in which the area becomes unreasonably slick and dangerous when damp and/or wet;

c. Creating a hazardous condition;

d. Failing to correct a hazardous condition;

e. Failure to supervise the selection and placement of safety devices or other substances; and

f. Failing to warn of a danger which was known, or should have been known, to the defendant.

6.

As a result of this accident petitioner, **DANA WRIGLEY**, sustained injuries, which injuries include, but are not limited to the following, to wit:

a. Injuries about the body in general;

b. Injuries to the spine and spinal processes;

c. Injuries to lumbar area;

d. Severe post-traumatic headaches;

 e. Injuries to the knees;

 f. Injuries to the shoulders;

 g. Other injuries as may be proven at trial.

7.

As a result of this accident petitioner, **DANA WRIGLEY**, has sustained damages, which damages include, but are not limited to the following, to wit:

 a. Past, present, and future medical and attendant expenses;

 b. Past, present, and future physical and mental pain, suffering and anguish;

 c. Past, present, and future loss of earnings and earning capacity;

 d. Disability; and

 e. Loss of enjoyment of life.

8.

Petitioner, **DANA WRIGLEY**, alleges upon information and belief that it may be necessary to present expert testimony during the preparation for and the trial on the merits on this case and, as such, desires that all such expert witness fees be taxed as court costs and assessed against the said defendants.

9.

The rights of Petitioner, **DANA WRIGLEY**, arise out of the activities of defendants, **MDC COAST 4, LLC**, and **BLOOMIN' BRANDS, INC.**, all of which occurred within the State of Louisiana, Parish of Calcasieu, and this court therefore has personal jurisdiction over the defendants, subject matter jurisdiction as to the claims asserted herein, and further is a proper venue for these claims.

**WHEREFORE, PETITIONER, DANA WRIGLEY, PRAYS THAT:**

I. Defendants, **MDC COAST 4, LLC**, and **BLOOMIN' BRANDS, INC.**, be cited to answer and served with this petition for damages;

II. After lapse of all delays, and due proceedings had, there be judgment herein in favor of petitioner, **DANA WRIGLEY** and against defendants **MDC COAST 4, LLC**, and **BLOOMIN' BRANDS, INC.**, jointly, individually and/or *in solido*, for such damages as will fully and fairly compensate petitioner, with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings;

SERVICE

III. For all other necessary orders and decrees as may be required and proper in the premises; and

IV. for all other relief, both general and special, in law and in equity, to which petitioner may show herself justly entitled.

Respectfully submitted,

**HOFFOSS DEVALL, LLC**

/s/ Justin S. Brashear

JUSTIN S. BRASHEAR (La. Bar No. 35058)
517 West College Street
Lake Charles, Louisiana 70605
Telephone:  (337) 433-2053
Facsimile:  (337) 433-2055
Email:  justin@hdinjurylaw.com
        amanda@hdinjurylaw.com

*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE THE DEFENDANT AS FOLLOWS:**

**BLOOMIN' BRANDS, INC.,** by Plaintiff's Counsel through long-arm service to *Joseph J. Kadow, 2202 N. West Shore Boulevard, 5th Floor, Tampa, Florida 33607*

**MDC COAST 4, LLC**, through their registered agent for service of process, *Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802*

A TRUE COPY
Lake Charles, Louisiana

/s/ Bridley Wilkinson
Bridley/Clerk of Court
Calcasieu Parish, Louisiana    APR - 6 2020

**LOUISIANA CIVIL CASE REPORTING**
**Civil Case Cover Sheet - LA. R.S. 13:4688 and**
**Part G, §13, Louisiana Supreme Court General Administrative Rules**

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

DANA WRIGLEY VS.
BLOOMIN' BRANDS, INC. ET AL

**Court:** 14th JUDICIAL DISTRICT COURT    **Docket Number:** 2020-1133 D

**Parish of Filing:** Calcasieu Parish    **Filing Date:** MAR 11 2020

**Name of Lead Petitioner's Attorney:** JUSTIN BRASHEAR


Deputy Clerk of Court
Calcasieu Parish, Louisiana

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1    **Number of named defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| _X_ Auto: Personal Injury | ___ Auto: Property Damage |
| ___ Auto: Wrongful Death | ___ Auto: Uninsured Motorist |
| ___ Asbestos: Property Damage | ___ Asbestos: Personal Injury/Death |
| ___ Product Liability | ___ Premise Liability |
| ___ Intentional Bodily Injury | ___ Intentional Property Damage |
| ___ Intentional Wrongful Death | ___ Unfair Business Practice |
| ___ Business Tort | ___ Fraud |
| ___ Defamation | ___ Professional Negligence |
| ___ Environmental Tort | ___ Medical Malpractice |
| ___ Intellectual Property | ___ Toxic Tort |
| ___ Legal Malpractice | ___ Other Tort (describe below) |
| ___ Other Professional Malpractice | ___ Redhibition |
| ___ Maritime | ___ Class action (nature of case) |
| ___ Wrongful Death | |
| ___ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Automobile accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __Amanda O'Blanc__    Signature __Amanda O'Blanc__

Address __517 West College Street, Lake Charles, Louisiana 70605__

Phone number: __337-433-2053__    E-mail address: __amanda@hdinjurylaw.com__

```
C M S 6 7 9 2 1 2 0
```
Filing Date: 03/11/2020 12:00 AM    Page Count: 1
Case Number: 2020-001133
Document Name: Damages - Supreme Court Form


CALCASIEU CLERK-CRST
MAR 11 2020 PM 03:11:27

| | | |
|---|---|---|
| DANA WRIGLEY | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2020-1133 D | : | PARISH OF CALCASIEU |
| BLOOMIN' BRANDS, INC. and MDC COAST 4, LLC | : | STATE OF LOUISIANA |
| FILED: MAR 1 1 2020 | : | *Kristen Lewis* <br> DEPUTY CLERK OF COURT |

### REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for Petitioners, **DANA WRIGLEY**, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted:

HOFFOSS DEVALL, LLC

_____
JUSTIN S. BRASHEAR (La. Bar Roll 35058)
517 West College Street
Lake Charles, LA 70605
Telephone: (337) 433-2053
Facsimile: (337) 433-2055
Email: justin@hdinjurylaw.com
amanda@hdinjurylaw.com
*ATTORNEYS FOR PLAINTIFF*

| | | |
|---|---|---|
| **DANA WRIGLEY** | : | **14TH JUDICIAL DISTRICT COURT** |
| **VS. NO. 2020-1133   Div. "D"** | : | **PARISH OF CALCASIEU** |
| **BLOOMIN' BRANDS, INC. and MDC COAST 4, LLC** | : | **STATE OF LOUISIANA** |
| **FILED:** _4/27/2020_ | : | _____ |
| | | **DEPUTY CLERK OF COURT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, comes **DANA WRIGLEY** (the "Plaintiff") who desires to supplement and amend the original petition filed herein on March 11, 2020, in the following particulars:

**I.**

By **AMENDING** the caption to read as follows:

| | | |
|---|---|---|
| **DANA WRIGLEY** | : | **14TH JUDICIAL DISTRICT COURT** |
| **VS. NO. 2020-1133   Div. "D"** | : | **PARISH OF CALCASIEU** |
| **OUTBACK STEAKHOUSE OF FLORIDA, LLC** | : | **STATE OF LOUISIANA** |

**II.**

By **AMENDING** the following numbered paragraphs to the original petition:

**1.**

**OUTBACK STEAKHOUSE OF FLORIDA, LLC**, a Florida limited liability company, who is registered and authorized to conduct business in Louisiana, who may be served through their counsel of record, _Matthew C. Nodier, 8221 Goodwood Boulevard, Suite A, Baton Rouge, Louisiana 70806_

are made defendant herein, and is justly and truly indebted unto your Petitioner for such damages and monies owed as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings, for the following reason, to-wit:

**4.**

Upon information and belief, the property located at 2616 Derek Drive, Lake Charles, Calcasieu Parish, Louisiana 70607 is owned and operated by Defendant, **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, or one of its affiliates.

14TH eFILED: 4/27/2020 11:59 AM BY: Amanda O'Blanc
ACCEPTED: 4/27/2020 12:33 PM INTO CASE 2020-1133 BY DEPUTY CLERK SHELBIE HARDY

5.

The above described accident was caused by the fault and/or negligence of Defendant, **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, and/or their employees, agents or assigns, which acts of fault and/or negligence include, but are not limited to the following, to wit:

- a. Failing to properly maintain the area to prevent it from becoming unreasonably slick and dangerous when damp and/or wet;

- b. Failing to properly maintain the area to prevent the frequency in which the area becomes unreasonably slick and dangerous when damp and/or wet;

- c. Creating a hazardous condition;

- d. Failing to correct a hazardous condition;

- e. Failure to supervise the selection and placement of safety devices or other substances; and

- f. Failing to warn of a danger which was known, or should have been known, to the defendant.

9.

The rights of Petitioner, **DANA WRIGLEY**, arise out of the activities of Defendant, **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, all of which occurred within the State of Louisiana, Parish of Calcasieu, and this court therefore has personal jurisdiction over the defendants, subject matter jurisdiction as to the claims asserted herein, and further is a proper venue for these claims.

**III.**

By **AMENDING** the prayer to read as follows:

**WHEREFORE, PETITIONER, DANA WRIGLEY, PRAYS THAT:**

- I. Defendant, **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, be cited to answer and served with this petition for damages;

- II. After lapse of all delays, and due proceedings had, there be judgment herein in favor of petitioner, **DANA WRIGLEY** and against defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, for such damages as will fully and fairly compensate petitioner, with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings;

III. For all other necessary orders and decrees as may be required and proper in the premises; and

IV. for all other relief, both general and special, in law and in equity, to which petitioner may show herself justly entitled.

**IV.**

Plaintiff renews, repeats, and restates all allegations set forth in the Original Petition for Damages and incorporates said allegations herein in their entirety as if plead herein *in extenso*.

Respectfully submitted,

**HOFFOSS DEVALL, LLC**

JUSTIN S. BRASHEAR (La. Bar No. 35058)
517 West College Street
Lake Charles, Louisiana 70605
Telephone: (337) 433-2053
Facsimile: (337) 433-2055
Email: justin@hdinjurylaw.com
amanda@hdinjurylaw.com

*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE THE DEFENDANT AS FOLLOWS:**

**OUTBACK STEAKHOUSE OF FLORIDA, LLC,**
through their counsel of record
*Matthew C. Nodier*
*8221 Goodwood Boulevard, Suite A*
*Baton Rouge, Louisiana 70806*

## FOURTEENTH JUDICIAL DISTRICT COURT

## PARISH OF CALCASIEU

## STATE OF LOUISIANA

**DANA WRIGLEY**                            **SUIT NUMBER: 2020-1133**

**VERSUS**                                      **DIVISION: D**

**OUTBACK STEAKHOUSE OF FLORIDA, L.L.C.**

## NOTICE OF REMOVAL

TO:    Clerk of the 14th JDC
        Parish of Calcasieu
        P.O. Box 1030
        Lake Charles, Louisiana 70602

        Justin S. Brashear
        HOFFOSS DEVALL, LLC
        517 W. College Street
        Lake Charles, Louisiana 70605

PLEASE TAKE NOTICE that on May 12, 2020, defendant, Outback Steakhouse of Florida, L.L.C., filed in the United States District Court for the Western District of Louisiana, the attached Notice of Removal, pursuant to 28 U.S.C. §§1332, 1441 and 1446, thereby removing this action from the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana to the United States District Court for the Western District of Louisiana. This Written Notice of Removal is given pursuant to 28 U.S.C. §1446(d).

**Pursuant to 28 U.S.C. 1446(d), proceedings in this Court shall proceed no further.**

Respectfully submitted:

**NODIER LAW, LLC**

BY:    _/s/ Matthew Nodier_
         **MATTHEW C. NODIER, LSBA# 25807**
         8221 Goodwood Blvd., Ste. A
         Baton Rouge, Louisiana 70806
         mcnodier@nodierlaw.com
         Telephone: (225) 448-2267
         Facsimile: (225) 636-2099

## CERTIFICATE OF SERVICE

I hereby certify that on the 12 day of May, 2020, the Notice of Removal was sent to all counsel of record, via U. S. Mail, with proper postage affixed thereto

_____
MATTHEW C. NODIER