## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA WRIGLEY** | **CIVIL ACTION NO: 2:20-cv-00597** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **OUTBACK STEAKHOUSE OF FLORIDA, L.L.C.** | **MAGISTRATE JUDGE KATHLEEN KAY** |

### MOTION TO STRIKE PLAINTIFF'S EXHIBITS ATTACHED TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT through undersigned counsel, comes defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, who respectfully moves to strike the following parts of Exhibits attached to plaintiff's Opposition to defendant's Motion for Summary Judgment:

1)      Exhibit A, Deposition of plaintiff, page 19, line 24 – page 20, line 2; and

2)      Exhibit B, paragraphs 5, 6, 7, and 8.

Plaintiff's deposition testimony in Exhibit A and Affidavit statements in Exhibit B contain plaintiff's self-serving claim as to what she was told by people she alleges were Outback employees.  This "evidence" by plaintiff is inadmissible pursuant to the Federal Rules of Evidence as they are not made on personal knowledge and hearsay, and as such should be stricken from the record and consideration by this Honorable Court.

WHEREFORE, defendant, Outback Steakhouse of Florida, LLC prays that based on the foregoing, and as more fully set forth in the Memorandum in Support, this Honorable Court grant this Motion to Strike, striking from the record in consideration the following Exhibits attached to plaintiff's Opposition to defendant's Motion for Summary Judgment; Exhibit A, Deposition of plaintiff, page 19, line 24 – page 20, line 2 and Exhibit B, paragraphs 5, 6, 7, and 8.

Respectfully submitted:

NODIER LAW, LLC


BY:     */s/ Matthew C. Nodier*
        **MATTHEW C. NODIER, LSBA# 25807**
        8221 Goodwood Blvd., Ste. A
        Baton Rouge, Louisiana  70806
        mcnodier@nodierlaw.com
        Telephone:  (225) 448-2267
        Facsimile:  (225) 636-2099


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.


        */s/ Matthew C. Nodier*
        Matthew C. Nodier