UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA WRIGLEY** | **CIVIL ACTION NO: 2:20-cv-00597** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **OUTBACK STEAKHOUSE OF FLORIDA, L.L.C.** | **MAGISTRATE JUDGE KATHLEEN KAY** |

**PROPOSED ORDER**

Considering the foregoing Motion to Strike Hearsay Testimony of Plaintiff Attached to Opposition to Motion for Summary Judgment;

This matter is before this Court on the Motion to Strike by defendant, Outback Steakhouse of Florida, LLC. The Court, after considering the arguments, papers, and materials submitted in support of and in opposition to the Motion, finds as follows:

1.

The Motion to Strike filed by Outback Steakhouse of Florida, LLC is hereby GRANTED.

2.

Exhibit A, page 19, line 24 – page 20, line 2, attached to plaintiff's Opposition to Motion for Summary Judgment, is stricken from the record in consideration.

3.

Exhibit B, paragraphs 5, 6, 7, and 8, attached to plaintiff's Opposition to Motion for Summary Judgment, is stricken from the record in consideration.

THIS DONE AND SIGNED in Lake Charles, Louisiana, this ____ day of _____, 2022.

_____
HONORABLE JAMES D. CAIN, JR., MAGISTRATE JUDGE

_____
HONORABLE KATHLEEN KAY, JUDGE